UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/19/20

------------------------------------------------------------x

   YOVANNY DOMINGUEZ,

                              **Plaintiff,**

             -against-

   **THE ISAMU NOGUCHI FOUNDATION, INC.,**

                              **Defendants.**

------------------------------------------------------------x

19-CV-11931 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

**Dated:    March 19, 2020**
              **New York, New York**

                                          _____
                                        **HON. ANDREW L. CARTER, JR.
                                          United States District Judge**